UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIA VOLODINA CHESHIRE,

    Plaintiff,

vs.                                                    Case No.  3:05-cv-453-J-32MCR

WALTER MAXWELL CHESHIRE,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Default (Doc. 42) filed February 7, 2006.  The motion seeks entry of default against Defendant for failure to serve discovery regarding his financial situation.  On February 7, 2006, the Court issued an Order stating that it would treat Plaintiff's Motion as a motion to compel[1] and directed Defendant to file a written response indicating why no financial documents had been provided to Plaintiff or providing the date said documents were provided to Plaintiff.  (Doc. 44).  Defendant has filed a response stating that he provided Plaintiff with a copy of the financial affidavit prepared for the divorce proceedings, three years of income tax returns and copies of two notices of compliance on October 13, 2005 (two months before the settlement conference).  (Doc. 48).  Accordingly, it appears Defendant has not provided Plaintiff with any further information regarding his financial situation since

---

[1] Plaintiff has filed an objection to the undersigned treating her motion for default as a motion to compel (Doc. 45), however, the circumstances of this case do not warrant the entry of default against Defendant.  Defendant has appropriately defended this action.

-1-

the settlement conference.  However, at the settlement conference, counsel for Plaintiff and Defendant agreed that they would exchange discovery requests to obtain financial information in an attempt to reach a settlement of the instant case.  In light of Plaintiff's attorney's withdrawal and the complete breakdown of settlement discussions, the Court does not believe it would be appropriate to require Defendant to provide discovery at this point in time.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion for Default (Doc. 42), which the Court is treating as a motion to compel, is **DENIED**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  28th  day of February, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Pro Se Plaintiff